UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTAL TURNER,

                Plaintiff,                           Case No. 07-11266

v.                                       Hon. John Corbett O'Meara

MOTOR CITY CAR SALES LLC,

                Defendant.

_____/

**<u>ORDER OF PARTIAL DISMISSAL</u>**

On March 23, 2007, Plaintiff filed a complaint alleging the following causes of action:

Count I, Truth in Lending Act; Count II, Federal Vehicle Cost Savings and Information Act;

Count III, Magnuson-Moss Warranty Act; Count IV, common law conversion; Count V,

statutory conversion; Count VI, Motor Vehicle Sales Finance Act; Count VII, Motor Vehicle

Installment Sales Contract Act; Count VIII, Motor Vehicle Code Violations; Count IX, Michigan

Odometer Act; Count X, Michigan Consumer Protection Act; Count XI, misrepresentation;

Count XII, breach of contract; Count XIII, breach of warranty; Count XIV, breach of warranty of

title; Count XV, repudiation; and Count XVI, revocation of acceptance.

Although Counts I and II are cognizable in this court pursuant to 28 U.S.C. § 1331,

Plaintiff's remaining fourteen claims arise under state law.  Pursuant to 28 U.S.C. § 1367(c), a

district court may decline to exercise supplemental jurisdiction over state law claims raised in

federal question cases.  See <u>United Mine Workers v. Gibbs</u>, 383 U.S. 715 (1966); <u>Padilla v. City</u>

<u>of Saginaw</u>, 867 F. Supp. 1309 (E.D. Mich. 1994).  Because Plaintiff does not assert diversity

jurisdiction under 28 U.S.C. § 1332, this court declines to exercise supplemental jurisdiction

over Plaintiff's state law claims.

      Accordingly, **IT IS HEREBY ORDERED** that Counts III through XVI of Plaintiff's

complaint are **DISMISSED**.


                         s/John Corbett O'Meara
                         United States District Judge


Dated:  April 25, 2007


I hereby certify that a copy of the foregoing document was served upon the parties of record on
this date, April 25, 2007, by electronic and/or ordinary mail.


                         s/William Barkholz
                         Case Manager