UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTAL TURNER,

    Plaintiff,                                            Case No. 07-11266

v.

                                                           Hon. John Corbett O'Meara

MOTOR CITY CAR SALES, L.L.C.,

    Defendant.
_____/

**ORDER DENYING MOTION
FOR DEFAULT JUDGMENT**

Before the court is Plaintiff's motion for default judgment, dated June 26, 2007. Defendant did not respond to the motion or Plaintiff's complaint. Plaintiff seeks a default judgment on her claims under the federal Truth in Lending Act and for fraud and misrepresentation. However, Plaintiff's state law claims for fraud were dismissed by the court on April 25, 2007, because the court declined to exercise supplemental jurisdiction. Therefore, Plaintiff cannot obtain a default judgment on these claims at this time. Plaintiff may request reconsideration of the dismissal of the state claims within ten (10) days of the date of this order.

For these reasons, IT IS HEREBY ORDERED that Plaintiff's motion for default judgment is DENIED.

                                                                      s/John Corbett O'Meara
                                                                      United States District Judge

Dated: July 27, 2007

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, July 30, 2007, by electronic and/or ordinary mail.

                                                                s/William Barkholz
                                                                 Case Manager